# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

MW

Plaintiff: *Primo Baggiolini*
*Altisouce Holding LLC*

v. *Western Progressive Trustee LLC*
*IndMac Loan Trust 2005-ARIS*

Defendant

Civil Action No. **4-21CV-1293P**

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

*Meridian Estate Corporation*
*Charles, Smit*
*Saskia Smit*

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Date: Signed Nov 18, 2021
Signature: *Primo Baggiolini*
Print Name: Primo Baggiolini
Bar Number: Pro Per
Address: 325 Adams Drive, St 325-501
City, State, Zip: Weatherford, TX. 76086
Telephone: 903-327-9056
Fax: 817-757-7297
E-Mail: WW. 139 viafuchsia @ Gmail.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons